IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TNA ENTERTAINMENT, LLC | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 3:11-cv-00347-P |
| v. | § § | |
| CLARENDON NATIONAL INSURANCE COMPANY | § § § | |
| Defendant. | § § | |

## ORDER

Upon the joint motion of Plaintiff TNA Entertainment, LLC ("TNA") and Defendant Clarendon National Company ("Clarendon"), and it appearing that all disputed issues between TNA and Clarendon have been fully and finally resolved through an amicable settlement, it is therefore ORDERED, ADJUDGED AND DECREED that any and all claims TNA has asserted or could have asserted in this cause against Clarendon are hereby DISMISSED WITH PREJUDICE as to the right of TNA to re-file same in this or any other court, and that all costs of court as to such claims are hereby taxed against the party incurring same.

**IT IS SO ORDERED.**

Signed this 23rd day of September, 2011.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE